# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

**In re** Carlissa Yvette Gordon                                    **Case No.** 15-B-36544
             Debtor

### DEBTOR'S DECLARATION REGARDING
### DOMESTIC SUPPORT OBLIGATIONS
### (REQUIRED TO OBTAIN CHAPTER 13 DISCHARGE UNDER § 1328(a))

I certify (check one):

[✓] During the pendency of this bankruptcy case, I have not been required to pay a domestic support obligation by any order of a court or administrative agency or by any statute.

[ ] During the pendency of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court or administrative agency or under any statute.

*If you checked the second box, you must provide the information below.*

My current address: _____

_____

_____

My current employer and my employer's address:

_____

_____

_____

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

_[signed]_____        25 March 2019_____
Signature of Debtor                                                  Dated

Carlissa Yvette Gordon_____
Name of Debtor (Printed)

Note: This form must be completed and filed with the court in order for the debtor to receive a discharge under §1328(a)/§ 1228(a). In joint cases, the form must be completed and filed by each debtor.

Revised 02/16 lh